UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X  NOT FOR PUBLICATION

In re Submission filed by

GUILLERMO NAVARRETE

ORDER

11-MC-61 (LB)

-----------------------------------------------------------------X
BLOOM, United States Magistrate Judge:

On December 17, 2010, the Court received a written submission from Guillermo Navarrete ("Navarrete"), a prisoner incarcerated in Jackson, Georgia, seeking, *inter alia*, a "preliminary appointment of class action attorney and special master." Navarrete did not include any other papers, such as a complaint or a petition, but instead requested forms on how to file a complaint and a petition under 28 U.S.C. § 2241. By letter dated December 20, 2010, the Court's Pro Se Office provided Navarrete with the requested forms and instructed him that in order to proceed with his request for counsel, he must file his complaint or petition within 14 days from receipt of the letter.

More than 30 days have elapsed and the Court has not received either a complaint or a petition for a writ of habeas corpus or any response from Navarrete. Therefore, this submission will not be filed. The Clerk of Court is directed to reflect this Order on the miscellaneous docket and to administratively close this *pro se* submission (attached hereto) without assigning a civil case number. The Clerk of Court is further directed to mail a copy of this order to Guillermo Navarrete, #1055596, G.D.C.P., P.O. Box 3877, Jackson GA 30233.

SO ORDERED.

Dated: January 31, 2011
      Brooklyn, New York

/Signed by Judge Lois Bloom/

_____
LOIS BLOOM
United States Magistrate Judge