UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X  NOT FOR PUBLICATION

In re Complaint filed by

ROBERTA CARTER

ORDER

11-MC-61 (LB)

------------------------------------------------------------X

BLOOM, United States Magistrate Judge:

On November 30, 2010, the Court received a complaint and an *in forma pauperis* application from Roberta Carter ("Carter"). However, the complaint form seeking review of the denial of social security benefits was missing page one and was entirely blank except for the last page which set forth Carter's signature, address and telephone number. Carter also failed to include the decision from the Appeals Council. By letter dated December 6, 2010, the Court's Pro Se Office provided Carter with a blank social security complaint form and instructed Carter that she must complete the complaint form and include a copy of the Appeals Council letter, within 14 days from receipt of the letter, in order for the complaint to be filed. That letter was returned to the Court marked "Return to Sender" and the Pro Se Office sent the letter again on December 17, 2010, after verifying the address.

More than 30 days have elapsed and the Court has not received a completed complaint or any response from Carter. Therefore, this submission will not be filed. The Clerk of Court is directed to reflect this Order on the miscellaneous docket and to administratively close this *pro se* submission (attached hereto) without assigning a civil case number. The Clerk of Court is further directed to mail a copy of this order to Roberta Carter, 1095 Dekalb Avenue #2, Brooklyn NY 11221.

SO ORDERED.

Dated: January 31, 2011
      Brooklyn, New York

/Signed by Judge Lois Bloom/

_____
LOIS BLOOM
United States Magistrate Judge