UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X  NOT FOR PUBLICATION

In re Complaint filed by

KEVIN RAZZOLI

ORDER

11-MC-61 (LB)

----------------------------------------------------------------X

BLOOM, United States Magistrate Judge:

On December 29, 2010, the Court received a "class action" complaint from Kevin Razzoli ("Razzoli"),[1] a prisoner incarcerated at the Metropolitan Detention Center in Brooklyn. However, Razzoli failed to include the $350 filing fee or an application to proceed *in forma pauperis* ("IFP") and a Prisoner Authorization. By letter dated January 6, 2011, the Court's Pro Se Office provided Razzoli with the necessary forms and instructed him that in order to proceed with this complaint, he must return a completed and signed IFP application and Prisoner Authorization within 14 days from receipt of the letter.

More than 30 days have elapsed and the Court has not received a completed IFP application and Prisoner Authorization form or any response from Razzoli. Therefore, this complaint will not be filed. The Clerk of Court is directed to reflect this Order on the miscellaneous docket and to administratively close this *pro se* submission (attached hereto) without assigning a civil case number. The Clerk of Court is further directed to mail a copy of this order to Kevin Razzoli #39945-066, Metropolitan Detention Center, P.O. Box 329002, Brooklyn, NY 11232.

SO ORDERED.

Dated: February 24, 2011
Brooklyn, New York

/Signed by Judge Lois Bloom/

LOIS BLOOM
United States Magistrate Judge

---

[1] The Court takes notice that Razzoli has several cases pending in this Court. See Razzoli v. Exec. Office of U.S. Marshals, 10-CV-4269 (CBA); Razzoli v. U.S. Marshals, 10-CV-4802 (CBA); Razzoli v. U.S. Marshals, 10-CV-4902 (CBA).