UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X   NOT FOR PUBLICATION

In re Submission filed by

PEGGY M. DEISLER

ORDER

11-MC-61 (LB)

----------------------------------------------------------------X
BLOOM, United States Magistrate Judge:

On January 18, 2011, the Court received papers from Peggy Deisler ("Deisler"). The submission consisted of numerous documents, including a letter dated February 12, 2007 from this Court's Pro Se Office and a partially completed complaint form which was missing the cover page and did not include a signature. In addition, Deisler failed to include the $350 filing fee or an application to proceed *in forma pauperis* ("IFP"). By letter dated January 19, 2011, the Court's Pro Se Office provided Deisler with an IFP application and instructed her that in order to proceed with this complaint, she must return a signed complaint and a signed IFP application within 14 days from receipt of the letter.

More than 30 days have elapsed and the Court has not received a signed complaint and IFP application or any response from Deisler. Therefore, this complaint will not be filed. The Clerk of Court is directed to reflect this Order on the miscellaneous docket and to administratively close this *pro se* submission (attached hereto) without assigning a civil case number. The Clerk of Court is further directed to mail a copy of this order to Peggy M. Deisler, 25675 Main Road, Cutchogue, NY 11953.

SO ORDERED.

Dated: February 24, 2011
       Brooklyn, New York

/Signed by Judge Lois Bloom/

_____
LOIS BLOOM
United States Magistrate Judge