UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X   NOT FOR PUBLICATION

In re Two Complaints filed by

DEXTER MURRAY a/k/a K. DEXTER MURRAY

ORDER

11-MC-61 (LB)

------------------------------------------------------------X
BLOOM, United States Magistrate Judge:

On January 10, 2011, the Court received two civil rights complaints from Dexter Murray also known as K. Dexter Murray ("Murray"), a prisoner incarcerated at Attica Correctional Facility. However, Murray failed to include the $350 filing fee for each action or a request to waive the filing fee by submitting an application to proceed *in forma pauperis* ("IFP") and a Prisoner Authorization for each complaint. By letter dated January 18, 2011, the Court's Pro Se Office provided Murray with the necessary forms and instructed him that in order to proceed with these two complaints, he must return a completed and signed IFP application and Prisoner Authorization for each complaint within 14 days from receipt of the letter.

More than 30 days have elapsed and the Court has not received a completed IFP application and Prisoner Authorization form for each complaint or any response from Murray. Therefore, these two complaints will not be filed. The Clerk of Court is directed to reflect this Order on the miscellaneous docket and to administratively close these *pro se* submissions (attached hereto) without assigning a civil case number. The Clerk of Court is further directed to mail a copy of this order to Dexter Murray #86B0740, Attica Correctional Facility, Box 149, Attica NY 14011-0149.

SO ORDERED.

Dated: February 24, 2011
      Brooklyn, New York  /Signed by Judge Lois Bloom/

LOIS BLOOM
United States Magistrate Judge